Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff VALERIE ANTHONY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| VALERIE ANTHONY,<br><br>　　　Plaintiff,<br>　　vs.<br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br>　　　Defendant | Case No.:  21-cv-1604-SKO<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE; ORDER<br><br>(Doc. 11) |

TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE OF THE DISTRICT COURT:

　　Plaintiff Valerie Anthony ("Plaintiff") and defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, pursuant to the Court's Scheduling Order, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment to August 31, 2022; and that Defendant shall have until October 17, 2022, to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due October 31, 2022.

An extension of time is needed in order to properly address the issues within the administrative record. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: July 26, 2022    Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY:_____
Steven G. Rosales
Attorney for plaintiff

DATE:  July 27, 2022    PHILLIP A. TALBERT
United States Attorney


*/S/- Caspar Chan
_____
Caspar Chan
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

ORDER

Based upon the foregoing stipulation of the parties (Doc. 11), and for good cause shown (Fed. R. Civ. P. 16(b)(4)),

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including August 31, 2022, in which to file Plaintiff's motion for summary judgment. All other deadlines set forth in the Scheduling Order (Doc. 9) shall be extended accordingly.

IT IS SO ORDERED.

Dated:  **July 28, 2022**              /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE